| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038059862 | 1 |

**Earnings Statement**

ADP

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

Period Beginning: 04/27/2020
Period Ending: 05/03/2020
Pay Date: 05/08/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 2,200.00 |
| Gross Pay | | | $1,100.00 | 2,200.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:  Single
Exemptions/Allowances:
  FL:  No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 217.16 |
| | Social Security Tax | -68.20 | 136.40 |
| | Medicare Tax | -15.95 | 31.90 |
| | Net Pay | $907.27 | |
| | Net Check | $907.27 | |

Your federal taxable wages this period are $1,100.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX
Payroll check number: 0038059862
Pay date: 05/08/2020

90-477/1222

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS

$907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 813-433-5243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈3805986 2⑈  ⑆122204771⑆  4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038071021 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

# Earnings Statement

ADP

Period Beginning: 05/04/2020
Period Ending: 05/10/2020
Pay Date: 05/15/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 3,300.00 |
| Gross Pay | | | $1,100.00 | 3,300.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 325.74 |
| | Social Security Tax | -68.20 | 204.60 |
| | Medicare Tax | -15.95 | 47.85 |
| Net Pay | | $907.27 | |
| Net Check | | $907.27 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
FL:   Single
Exemptions/Allowances:
FL:   No State Income Tax

Your federal taxable wages this period are $1,100.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                              90-477/1222
Payroll check number: 0038071021
Pay date: 05/15/2020

Pay to the order of:   CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS                    $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7242
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP
ADP AUTHORIZED SIGNATURE

⑆038071021⑆ ⑈122204771⑈ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK NUMBER | 036 |
|---|---|---|---|---|
| EBX | 035964 | | 0038079381 | 1 |

## Earnings Statement 

EAST COAST METAL STRUCTURES CORP  
620 WHITNEY AVE  
LANTANA, FL 33462  
COMPANY PH#: 561-766-2579

Period Beginning: 05/11/2020  
Period Ending: 05/17/2020  
Pay Date: 05/22/2020

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHARLES POST  
897 SW 120TH WAY  
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 4,400.00 |
| Gross Pay | | | $1,100.00 | 4,400.00 |

**Important Notes**  
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  FL: Single  
Exemptions/Allowances:  
  FL: No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 434.32 |
| | Social Security Tax | -68.20 | 272.80 |
| | Medicare Tax | -15.95 | 63.80 |
| Net Pay | | $907.27 | |
| Net Check | | $907.27 | |

Your federal taxable wages this period are $1,100.00

© 2009 ADP, LLC

EAST COAST METAL STRUCTURES CORP  
620 WHITNEY AVE  
LANTANA, FL 33462  
COMPANY PH#: 561-766-2579

EBX  
Payroll check number: 0038079381  
Pay date: 05/22/2020

90-477/1222

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS    $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 813-433-5243  
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE  
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.  
22893 Sandalfoot Plaza Dr  
Boca Raton, FL 33428

WCShull  
ADP AUTHORIZED SIGNATURE

⑆3807938⑆ ⑈122204771⑈ 475903811⑆

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038090921 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

**Earnings Statement**

ADP

Period Beginning: 05/18/2020
Period Ending: 05/24/2020
Pay Date: 05/29/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 5,500.00 |
| **Gross Pay** | | | **$1,100.00** | 5,500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 542.90 |
| | Social Security Tax | -68.20 | 341.00 |
| | Medicare Tax | -15.95 | 79.75 |
| **Net Pay** | | | **$907.27** |
| **Net Check** | | | **$907.27** |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:    Single
Exemptions/Allowances:
  FL:    No State Income Tax

Your federal taxable wages this period are $1,100.00

© 2020 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX
Payroll check number: 0038090921
Pay date: 05/29/2020

90-477/1222

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS

$907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆038090921⑆ ⑈122204771⑈ 475903811⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038101553 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

## Earnings Statement 

| | |
|---|---|
| Period Beginning: | 05/25/2020 |
| Period Ending: | 05/31/2020 |
| Pay Date: | 06/05/2020 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 6,600.00 |
| Gross Pay | | | $1,100.00 | 6,600.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 651.48 |
| | Social Security Tax | -68.20 | 409.20 |
| | Medicare Tax | -15.95 | 95.70 |
| Net Pay | | $907.27 | |
| Net Check | | $907.27 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL: Single
Exemptions/Allowances:
  FL: No State Income Tax

Your federal taxable wages this period are
$1,100.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                              90-477/1222
Payroll check number: 0038101553
Pay date: 06/05/2020

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS          $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 873-423-7243
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆38101553⑆ ⑈122204771⑈ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038112255 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

**Earnings Statement**

Period Beginning: 06/01/2020
Period Ending: 06/07/2020
Pay Date: 06/12/2020

ADP

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 7,700.00 |
| Gross Pay | | | $1,100.00 | 7,700.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:   Single
Exemptions/Allowances:
  FL:   No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 760.06 |
| | Social Security Tax | -68.20 | 477.40 |
| | Medicare Tax | -15.95 | 111.65 |
| Net Pay | | $907.27 | |
| Net Check | | $907.27 | |

Your federal taxable wages this period are $1,100.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                    90-477/1222
Payroll check number: 0038112255
Pay date: 06/12/2020

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS          $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 973-423-3243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 160 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈38112255⑈ ⑆122204771⑆ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038124743 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

# Earnings Statement

Period Beginning: 06/08/2020
Period Ending: 06/14/2020
Pay Date: 06/19/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 8,800.00 |
| Gross Pay | | | $1,100.00 | 8,800.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:     Single
Exemptions/Allowances:
  FL:     No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 868.64 |
| | Social Security Tax | -68.20 | 545.60 |
| | Medicare Tax | -15.95 | 127.60 |
| **Net Pay** | | **$907.27** | |
| **Net Check** | | **$907.27** | |

Your federal taxable wages this period are
$1,100.00

---

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX
Payroll check number: 0038124743
Pay date: 06/19/2020

90-477/1222

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS

$907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆0038124743⑆ ⑈122204771⑈ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|-----|------|-------|-------|--------|-----|
| EBX | 035964 | | | 0038137693 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

## Earnings Statement

Period Beginning: 06/15/2020
Period Ending: 06/21/2020
Pay Date: 06/26/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 27.5000 | 40.00 | 1,100.00 | 9,900.00 |
| **Gross Pay** | | | **$1,100.00** | 9,900.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -108.58 | 977.22 |
| | Social Security Tax | -68.20 | 613.80 |
| | Medicare Tax | -15.95 | 143.55 |
| **Net Pay** | | | **$907.27** |
| **Net Check** | | | **$907.27** |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    FL:    Single
Exemptions/Allowances:
    FL:    No State Income Tax

Your federal taxable wages this period are $1,100.00

© 2004 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                    90-477/1222
Payroll check number: 0038137693
Pay date: 06/26/2020

Pay to the order of:  CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS                $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 973-423-3243
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈0038137693⑈ ⑆122204771⑆ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038150679 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

**Earnings Statement**   ADP

Period Beginning:  06/22/2020
Period Ending:     06/28/2020
Pay Date:          07/02/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1,100.00 | 11,000.00 |
| Gross Pay | | | $1,100.00 | 11,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.58 | 1,085.80 |
| | Social Security Tax | -68.20 | 682.00 |
| | Medicare Tax | -15.95 | 159.50 |
| Net Pay | | $907.27 | |
| Net Check | | $907.27 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    FL:   Single
Exemptions/Allowances:
    FL:   No State Income Tax

Your federal taxable wages this period are $1,100.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                      90-477/1222
Payroll check number:  0038150679
Pay date:              07/02/2020

Pay to the order of: CHARLES POST

This amount: NINE HUNDRED SEVEN AND 27/100 DOLLARS         $907.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 813-433-5243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP   WC Shull
ADP AUTHORIZED SIGNATURE

⑆38150679⑆ ⑈122204771⑈ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038279738 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

# Earnings Statement



Period Beginning: 09/07/2020
Period Ending: 09/13/2020
Pay Date: 09/18/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 35.00 | 962.50 | 11,962.50 |
| Gross Pay | | | $962.50 | 11,962.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:           Single
Exemptions/Allowances:
  FL:           No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -83.09 | 1,168.89 |
| | Social Security Tax | -59.68 | 741.68 |
| | Medicare Tax | -13.96 | 173.46 |
| | Net Pay | $805.77 | |
| | Net Check | $805.77 | |

Your federal taxable wages this period are $962.50

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                        90-477/1222
Payroll check number:  0038279738
Pay date:              09/18/2020

Pay to the
order of:    CHARLES POST

This amount:  EIGHT HUNDRED FIVE AND 77/100 DOLLARS                              $805.77

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆0038279738⑆  ⑈122204771⑈  4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038290258 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

# Earnings Statement

Period Beginning: 09/14/2020
Period Ending: 09/20/2020
Pay Date: 09/25/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 13,012.50 |
| Gross Pay | | | $1,050.00 | 13,012.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,266.47 |
| | Social Security Tax | -65.10 | 806.78 |
| | Medicare Tax | -15.22 | 188.68 |
| Net Pay | | $872.10 | |
| Net Check | | $872.10 | |

**Important Notes**
BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 27.5000 TO 30.0000.

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:    Single
Exemptions/Allowances:
  FL:    No State Income Tax

Your federal taxable wages this period are $1,050.00

©2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                    90-477/1222
Payroll check number: 0038290258
Pay date: 09/25/2020

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 10/100 DOLLARS          $872.10

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈38290258⑈ ⑆122204773⑆ 475903811 0⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038301775 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

## Earnings Statement 

Period Beginning: 09/21/2020
Period Ending: 09/27/2020
Pay Date: 10/02/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 14,062.50 |
| Gross Pay | | | $1,050.00 | 14,062.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,364.05 |
| | Social Security Tax | -65.10 | 871.88 |
| | Medicare Tax | -15.23 | 203.91 |
| Net Pay | | $872.09 | |
| Net Check | | $872.09 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 FL: Single
Exemptions/Allowances:
 FL: No State Income Tax

Your federal taxable wages this period are $1,050.00

© 2000 ADP, LLC

---

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                                 90-477/1222
Payroll check number: 0038301775
Pay date: 10/02/2020

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 09/100 DOLLARS                    $872.09

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈383017750⑈ ⑆122204773⑇ 4759038110⑈



```
CO.    FILE    DEPT.    CLOCK   NUMBER   036
EBX   035964                    0038312227  1
```

# Earnings Statement

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

Period Beginning: 09/28/2020
Period Ending: 10/04/2020
Pay Date: 10/09/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 15,112.50 |
| **Gross Pay** | | | **$1,050.00** | 15,112.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:  Single
Exemptions/Allowances:
  FL:  No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,461.63 |
| | Social Security Tax | -65.10 | 936.98 |
| | Medicare Tax | -15.22 | 219.13 |
| | **Net Pay** | **$872.10** | |
| | **Net Check** | **$872.10** | |

Your federal taxable wages this period are $1,050.00

© 2000 ADP, LLC

---

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                              90-477/1222
Payroll check number: 0038312227
Pay date: 10/09/2020

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 10/100 DOLLARS      $872.10

ASSISTANCE WITH VERIFICATION AVAILABLE AT 873-423-7243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈0038312227⑈ ⑆122204771⑆ 475903811⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038325776 | 036 1 |

**Earnings Statement**

ADP

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

Period Beginning: 10/05/2020
Period Ending: 10/11/2020
Pay Date: 10/16/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 16,162.50 |
| Gross Pay | | | $1,050.00 | 16,162.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,559.21 |
| | Social Security Tax | -65.10 | 1,002.08 |
| | Medicare Tax | -15.23 | 234.36 |
| Net Pay | | $872.09 | |
| Net Check | | $872.09 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:   Single
Exemptions/Allowances:
  FL:   No State Income Tax

Your federal taxable wages this period are $1,050.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX
Payroll check number: 0038325776
Pay date: 10/16/2020

90-477/1222

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 09/100 DOLLARS

$872.09

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-237-7943
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑊⑊383257761⑊ ⑊122204771⑊ 475903811⑊

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038338003 | 1 |

# Earnings Statement

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

Period Beginning: 10/12/2020
Period Ending: 10/18/2020
Pay Date: 10/23/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 17,212.50 |
| Gross Pay | | | $1,050.00 | 17,212.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL:       Single
Exemptions/Allowances:
  FL:       No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,656.79 |
| | Social Security Tax | -65.10 | 1,067.18 |
| | Medicare Tax | -15.22 | 249.58 |
| Net Pay | | $872.10 | |
| Net Check | | $872.10 | |

Your federal taxable wages this period are
$1,050.00

© 2000 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                          90-477/1222
Payroll check number: 0038338003
Pay date: 10/23/2020

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 10/100 DOLLARS        $872.10

ASSISTANCE WITH VERIFICATION AVAILABLE AT 973-423-5243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆38338003⑆ ⑈122204771⑈ 475903811⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038356052 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

## Earnings Statement

Period Beginning: 10/19/2020
Period Ending: 10/25/2020
Pay Date: 10/30/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 18,262.50 |
| Gross Pay | | | $1,050.00 | 18,262.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  FL: Single
Exemptions/Allowances:
  FL: No State Income Tax

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.58 | 1,754.37 |
| | Social Security Tax | -65.10 | 1,132.28 |
| | Medicare Tax | -15.23 | 264.81 |
| Net Pay | | $872.09 | |
| Net Check | | $872.09 | |

Your federal taxable wages this period are $1,050.00

© 2006 ADP, LLC

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                                    90-477/1222
Payroll check number: 0038356052
Pay date: 10/30/2020

Pay to the order of: CHARLES POST

This amount: EIGHT HUNDRED SEVENTY TWO AND 09/100 DOLLARS          $872.09

ASSISTANCE WITH VERIFICATION AVAILABLE AT 833-423-3243
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑆0038356052⑆ ⑈122204771⑈ 4759038110⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 035 |
|---|---|---|---|---|---|
| EBX | 035964 | | | 0038367597 | 1 |

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

## Earnings Statement

Period Beginning:   10/26/2020
Period Ending:      11/01/2020
Pay Date:           11/06/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHARLES POST
897 SW 120TH WAY
DAVIE FL 33325

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 35.00 | 1,050.00 | 19,312.50 |
| Severance | | | 2,400.00 | 2,400.00 |
| **Gross Pay** | | | **$3,450.00** | 21,712.50 |

### Important Notes
BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
FL:           Single
Exemptions/Allowances:
FL:           No State Income Tax

### Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -662.61 | 2,416.98 |
| Social Security Tax | -213.90 | 1,346.18 |
| Medicare Tax | -50.02 | 314.83 |
| **Net Pay** | **$2,523.47** | |
| **Net Check** | **$2,523.47** | |

Your federal taxable wages this period are $3,450.00

---

EAST COAST METAL STRUCTURES CORP
620 WHITNEY AVE
LANTANA, FL 33462
COMPANY PH#: 561-766-2579

EBX                                    90-477/1222
Payroll check number: 0038367597
Pay date:             11/06/2020

Pay to the order of:   CHARLES POST

This amount:   TWO THOUSAND FIVE HUNDRED TWENTY THREE AND 47/100 DOLLARS     $2523.47

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7943
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

ADP AUTHORIZED SIGNATURE

⑈³⁸³⁶⁷⁵⁹⁷⁈⁈   ⦂¹²²²⁰⁴⁷⁷¹⦂   ⁴⁷⁵⁹⁰³⁸¹¹⁰⁈⁈