IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CHARLES POST,

                                                       Case No.: 9:20-cv-822320-AMC

    Plaintiff,

v.

EAST COAST METAL
STRUCTURES CORP. a Florida
For-Profit Corporation,

    Defendant.

_____/

## ACCEPTANCE OF SERVICE

Please take notice that Jose Rodriguez, Esq., of The Soto Law Group P.A., attorney for Defendant, East Coast Metal Structures Corp., a Florida for-profit corporation, has been authorized to accept service of behalf of East Coast Metal Structures Corp., a Florida for-profit corporation and does hereby acknowledge service of the Summons and Complaint in the above-entitled action for and on behalf of the above-named party with like effect as personal service upon said party.

Dated: 15th day of December, 2020.

_____
Jose A. Rodriguez, Esq.
FBN: 84616
The Soto Law Group P.A.
Coastal Tower
2400 E. Commercial Blvd., Suite 400
Fort Lauderdale, FL. 33308
T: (954) 567-1776