# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:20-cv-82232-AMC/DLB**

CHARLES POST,

    Plaintiff,

v.

EAST COAST METAL
STRUCTURES CORP.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney, JOSE A. RODRIGUEZ, ESQ. of THE SOTO LAW GROUP, hereby gives notice of his appearance in this action as counsel for Defendant, EAST COAST METAL STRUCTURES CORP.

All parties shall take notice that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be furnished to undersigned counsel at the address listed below.

Dated: December 23, 2020.

                                              By: *s/ Jose A. Rodriguez*
                                                  Jose A. Rodriguez, Esq.
                                                  Florida Bar No. 84616
                                                  SOTO LAW GROUP, P.A.
                                                  *Attorneys for Defendant, EAST COAST*
                                                  *METAL STRUCTURES, CORP.*
                                                  2400 E. Commercial Blvd., Suite 400
                                                  Fort Lauderdale, FL 33308
                                                  Telephone: (954) 567-1776
                                                  Email(s):   jose@sotolawgroup.com
                                                                     rebecca@sotolawgroup.com
                                                                     eservice@sotolawgroup.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2020, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties as may be identified below, thereby notifying all parties of record.

By: *s/ Jose A. Rodriguez*
Jose A. Rodriguez, Esq.
Florida Bar No. 84616