UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82232-AMC/DLB

CHARLES POST,

   Plaintiff,

v.

EAST COAST METAL
STRUCTURES CORP.,

   Defendant.
_____/

**DEFENDANT EAST COAST METAL STRUCTURES CORP.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, East Coast Metal Structures Corp., files its Rule 7.1 Corporate Disclosure Statement, as follows:

1. East Coast Metal Structures Corp. has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: December 23, 2020.

                                    Respectfully submitted,

                                  By: *s/ Jose A. Rodriguez*
                                        Jose A. Rodriguez, Esq.
                                        Florida Bar No. 84616
                                        SOTO LAW GROUP, P.A.
                                        *Attorneys for Defendant, EAST COAST
                                        METAL STRUCTURES, CORP.*
                                        2400 E. Commercial Blvd., Suite 400
                                        Fort Lauderdale, FL 33308
                                        Telephone: (954) 567-1776
                                        Email(s):    jose@sotolawgroup.com
                                                                  rebecca@sotolawgroup.com
                                                                  eservice@sotolawgroup.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2020, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties as may be identified below, thereby notifying all parties of record.

By: *s/ Jose A. Rodriguez*
Jose A. Rodriguez, Esq.
Florida Bar No. 84616
